## CITY OF PASS CHRISTIAN *v.* F. P. LIZANA.

[64 South. 209.]

APPEAL AND ERROR. *Decisions applicable. Amount: Code* 1906, *section* 86.

Under section 86, Code 1906 so providing, appeals may be taken to the supreme court in cases originating in the court of a justice of the peace where the judgment in the circuit court exceeds the sum of fifty dollars. Where the judgment in such case is for fifty dollars or less, no appeal lies.

APPEAL from the circuit court of Harrison county.
HON. T. H. BARRETT, Judge.

Suit by F. P. Lizana against the city of Pass Christian begun in a justice of the peace court and appealed to the circuit court. From a judgment in the circuit court, defendant appeals.

The facts are fully stated in the opinion of the court.

*John J. Curtis,* attorney for appellant.

*Mize & Mize,* attorneys for appellee.

REED, J., delivered the opinion of the court.

This case was brought in the court of a justice of the peace. Judgment for fifty dollars was rendered by the circuit court. Section 86, the Code of 1906, provides that appeals may be taken to this court from the judgment of the circuit court in cases originating in the court of a justice of the peace "where the amount in controversy exceeds the sum of fifty dollars." The judgment appealed from shows the amount in controversy. In this case it is less than the jurisdictional amount prescribed by statute. *Ward* v. *Scott,* 57 Miss. 826; *Wimbush* v. *Chinault,* 58 Miss. 234; *Lecke County* v. *Carr,* 100 Miss. 91, 56 So. 345.

*Appeal dismissed.*